FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2021

No. 04-20-00150-CV

Dora M. **SOLIS**,
Appellant

v.

Juan Carlos **ALMONACI** and Yolanda Almonaci,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-00999
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellee's third motion for extension of time to file Appellee's brief is GRANTED. Appellee's brief is due March 29, 2021. No further extensions will be granted absent extenuating circumstances.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court